In re MICHIGAN MOLINE PLOW CO. MICHIGAN MOLINE PLOW CO. v. SANDERHOFF. (Circuit Court of Appeals, Sixth Circuit. January 3, 1917.) No. 2922. Petition to Revise in the District Court of the United States

for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Seth Q. Pulver, of Owosso, Mich., for petitioner. John T. McCurdy, of Corunna, Mich., Bernard B. Selling, of Detroit, Mich., and Walter M. Bush, of Corunna, Mich., for respondent. Dismissed on stipulation of counsel.